UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON PAUL KHAMNOY,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d.b.a AMTRAK; and DOES ONE THROUGH FIFTY,

    Defendants.

No. 3:19-cv-06223-BHS

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

National Railroad Passenger Corporation (Amtrak) is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 et seq.

Amtrak has no parent corporation. It has two wholly owned subsidiaries: Passenger Railroad Insurance Limited (PRIL) and Washington Terminal Company (WTC).

The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value). Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premier Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; BNSF LLC is a wholly-owned, not publicly traded, subsidiary of Berkshire Hathaway, which is publicly traded) Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%). None of Amtrak's stock is publicly traded.

DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S CORPORATE DISCLOSURE STATEMENT - 1
NO. 3:19-CV-06223

019188.0385/7888310.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 24th day of February, 2020.

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Warren E. Babb, Jr., WSBA No. 13410
    babbw@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 2
NO. 3:19-CV-06223

019188.0385/7888310.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that the following document was sent to the following CM/ECF participant:

Joseph A. Grube
Karen Orehoski
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101-3118
E-Mail: joe@bgotrial.com
E-Mail: karen@bgotrial.com

Jongwon Yi
Law Offices of Jongwon Yi, LLC
6919 Lakewood Dr. W, Ste D2
Tacoma WA 98467
E-Mail: jy@jyilaw.com

Executed on the 24th day of February, 2020, at Seattle, Washington.

*s/ Alisa R. Flabel*
Alisa R. Flabel, Legal Assistant

DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 3
NO. 3:19-CV-06223

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0385/7888310.1