**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| AARON PAUL KHAMNOY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d.b.a. AMTRAK; and DOES ONE THROUGH FIFTY.<br><br>Defendant. | NO. 3:19-cv-06223-BHS<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

Plaintiff, by and through his counsel of record, and Defendant, by and through its counsel of record, present this Joint Status Report and Discovery Plan.

**1.      Statement of Nature & Complexity of Case.**

This case arises out the December 18, 2017 derailment of Amtrak Cascades Train 501 in DuPont, Washington. Defendant National Railroad Passenger Corporation (hereinafter Amtrak) does not contest liability for compensatory damages proximately caused by the derailment of Train 501.

JOINT STATUS REPORT
AND DISCOVERY PLAN

1 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 Lakewood Dr. W, Ste D2, Tacoma, WA 98467
(253) 474-5555 | (253) 474-5585 (fax)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 Fifth Ave., Ste 625, Seattle, WA 98101
(206) 770-7606 | (206) 770-7607 (fax)

**2. Proposed Deadline for Joining Additional Parties.**

Plaintiff proposes April 3, 2020 as the deadline for seeking to join additional parties, if any. Defendant proposes July 31, 2020 as the deadline for seeking to join additional parties, if any.

**3. No Consent to Magistrate.**

The parties do not consent to assignment of this case to a full time United States Magistrate Judge.

**4. Fed. R. Civ. P. 26(f)(3) Discovery Plan.**

The Rule 26 conference was completed on March 9, 2020.

### A. Initial Disclosures.

The parties plan to exchange initial disclosures on or before March 16, 2020 per the Court's scheduling order.

### B. Subjects, Timing, and Potential Phasing of Discovery.

The parties assert that discovery may be needed on medical causation and damages, which should be obtained by methods including, but not limited to, interrogatories, requests for production, requests for admission, and depositions.

The Parties do not anticipate any specific deviations from the federal and local rules regarding the subjects, timing and potential phasing of discovery. The Parties will work together to conduct all discovery as promptly and efficiently as possible.

### C. Electronically Stored Information.

No discovery of electronically stored information is anticipated at the present time.

### D. Privilege Issues.

At the present time, the parties do not foresee any unusual issues regarding claims of privilege.

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

**E. Proposed Limitations on Discovery.**

Plaintiff proposes discovery within the limitations set forth in the Federal Rules of Civil Procedure.

Defendant asserts that discovery should be limited to damages issues.

**F. Discovery-Related Orders**

No discovery motions are anticipated at the present time.

**5. Local Civil Rule 26(f)(1) Topics:**

**A. Prompt Case Resolution.**

The parties decline to participate in the Individualized Trial Program.

**B. Alternative Dispute Resolution.**

The parties believe that mediation under LCR 39.1(c) might be appropriate at the conclusion of discovery.

**C. Related Cases:**

1. USDC – TAC Cause No. 2:18-cv-00072
    Hon. Benjamin H. Settle
    *Pennie Cottrell v. NRPC*

2. USDC – TAC Cause No. 2:18-cv-00093
    Hon. Benjamin H. Settle
    *Cecilia Goetz v. NRPC*

3. USDC – TAC Cause No. 2:18-cv-00134
    Hon. Benjamin H. Settle
    *Aaron Harris v. NRPC*

4. USDC – TAC Cause No. 3:18-cv-05062
    Hon. Benjamin H. Settle
    *Donald Jones; Reya Rezai v. NRPC*

JOINT STATUS REPORT
AND DISCOVERY PLAN

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

3 OF 12

5. USDC – SEA Cause No. 2:18-cv-00190
   Hon. Ricardo S. Martinez
   *Hilario Valdez, et al. v. NRPC*

6. USDC – TAC Cause No. 3:18-cv-05106
   Hon. Benjamin H. Settle
   *Madeleine Garza v. NRPC*

7. USDC – TAC Cause No. 2:18-cv-00648
   Hon. Benjamin H. Settle
   *Dale Skyllingstad v. NRPC*

8. USDC – TAC Cause No. 2:18-cv-00086
   Hon. Benjamin H. Settle
   *Blaine Wilmotte v. NRPC*

9. USDC – TAC Cause No. 3:18-cv-05366
   Hon. Benjamin H. Settle
   *Drew Mitchem v. NRPC*

10. USDC – TAC Cause No. 3:18-cv-05415
    Hon. Benjamin H. Settle
    *Diana Rincon v. NRPC*

11. USDC – TAC Cause No. 3:18-cv-05448
    Hon. Benjamin H. Settle
    *Jason Cates v. NRPC*

12. USDC – TAC Cause No. 3:18-cv-05451
    Hon. Benjamin H. Settle
    *Megan Douglas v. NRPC*

13. USDC – TAC Cause No. 3:18-cv-05452
    Hon. Benjamin H. Settle
    *Rudolph Wetzel v. NRPC*

14. USDC – TAC Cause No. 3:18-cv-05498
    Hon. Benjamin H. Settle
    *Angela Ward; Kenneth Ward v. NRPC*

JOINT STATUS REPORT
AND DISCOVERY PLAN

4 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

15. USDC – TAC Cause No. 3:18-cv-05564

   Hon. Benjamin H. Settle
   *Donnell Linton v. NRPC*

16. USDC – TAC Cause No. 3:18-cv-05576
   Hon. Benjamin H. Settle
   *Joshua Hartley v. NRPC*

17. USDC – TAC Cause No. 3:18-cv-05584
   Hon. Benjamin H. Settle
   *Patricia Freeman v. NRPC*

18. USDC – TAC Cause No. 3:18-cv-005572

   Hon. Benjamin H. Settle
   *Karen and Kevin Barrett v. NRPC*

19. USDC – TAC Cause No. 3:18-cv-05594

   Hon. Benjamin H. Settle
   *Jacob Burke and Belinda Cottrell-Burke v. NRPC*

20. USDC – TAC Cause No. 3:18-cv-05617
   Hon. Benjamin H. Settle
   *Dona Linton and Q.L. v. NRPC*

21. USDC – TAC Cause No. 3:18-cv-05629
   Hon. Benjamin H. Settle
   *Yu-Tsen Yu v. NRPC*

22. USDC – TAC Cause No. 3:18-cv-05684
   Hon. Benjamin H. Settle
   *Zhiming Zhuang et al v. NRPC*

23. USDC-SEA Cause No. 2:18-cv-01298
   Hon. James L. Robart
   *T.B. v. NRPC, et al.*

JOINT STATUS REPORT
AND DISCOVERY PLAN

**LAW OFFICES OF JONGWON YI, LLC**
6919 Lakewood Dr. W, Ste D2, Tacoma, WA 98467
(253) 474-5555 | (253) 474-5585 (fax)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 Fifth Ave., Ste 625, Seattle, WA 98101
(206) 770-7606 | (206) 770-7607 (fax)

5 OF 12

24. USDC-TAC Cause No. 3:18-cv-05823

   Hon. Benjamin H. Settle
   *Laura and Albert Vaughns v NRPC*

25. USDC – TAC Cause No. 3:18-cv-05776
   Hon. Benjamin H. Settle
   *Hannah Near v. NRPC, et al*

26. USDC – TAC Cause No. 3:18-cv-05784
   Hon. Benjamin H. Settle
   *Ngoc Anh Phan; Long Phan v. NRPC, et al*

27. USDC – TAC Cause No. 3:18-cv-05785
   Hon. Benjamin H. Settle
   *Emily Torjusen v. NRPC, et al*

28. USDC – TAC Cause No. 3:18-cv-05788
   Hon. Benjamin H. Settle
   *Amanda Uhlarik v. NRPC, et al*

29. USDC – TAC Cause No. 3:18-cv-05840
   Hon. Benjamin H. Settle
   *Phillip Riedel v. NRPC*

30. USDC – TAC Cause No. 3:18-cv-05844
   Hon. Benjamin H. Settle
   *Daniella Fenelon v. NRPC*

31. USDC – TAC Cause No. 3:18-cv-05880
   Hon. Benjamin H. Settle
   *Robert Snyder; Michelle Snyder v. NRPC*

32. USDC – TAC Cause No. 3:18-cv-05883
   Hon. Benjamin H. Settle
   *Brook Spurgeon v. NRPC*

33. USDC – TAC Cause No. 3:18-cv-05956
   Hon. Benjamin H. Settle
   *Eran Howarth v. NRPC*

JOINT STATUS REPORT
AND DISCOVERY PLAN

6 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

34. USDC – TAC Cause No. 3:18-cv-05972
    Hon. Benjamin H. Settle
    *Shauna Stern; Brian Stern v. NRPC*

35. USDC – TAC Cause No. 3:19-cv-05211
    Hon. Benjamin H. Settle
    *Michael Abera v. NRPC*

36. USDC – TAC Cause No. 3:19-cv-05234
    Hon. Benjamin H. Settle
    *Adrian Thompson v. NRPC*

37. USDC – TAC Cause No. 3:19-cv-05235
    Hon. Benjamin H. Settle
    *Selam Araya v. NRPC*

38. USDC – TAC Cause No. 3:19-cv-05252
    Hon. Benjamin H. Settle
    *Tiffani Vincent v. NRPC*

39. USDC – TAC Cause No. 3:19-cv-05534
    Hon. Benjamin H. Settle
    *Gary Emmons and Cathy Emmons v. NRPC*

40. USDC – TAC Cause No. 3:19-cv-05417
    Hon. Benjamin H. Settle
    *Hana Haque v. NRPC, et al*

41. USDC – TAC Cause No. 3:19-cv-05553
    Hon. Benjamin H. Settle
    *Kylie Steele v. NRPC*

42. USDC – TAC Cause No. 3:19-cv-06066
    Hon. Benjamin H. Settle
    *Sarchami et al v. NRPC*

43. USDC – TAC Cause No. 3:20-cv-05018
    Hon. Benjamin H. Settle
    *Karnes et al v. NRPC*

JOINT STATUS REPORT
AND DISCOVERY PLAN

7 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 Lakewood Dr. W, Ste D2, Tacoma, WA 98467
(253) 474-5555 | (253) 474-5585 (fax)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 Fifth Ave., Ste 625, Seattle, WA 98101
(206) 770-7606 | (206) 770-7607 (fax)

44. USDC – TAC Cause No. 3:19-cv-06099
    Hon. Benjamin H. Settle
    *Leonard et al v. NRPC*

45. USDC – TAC Cause No. 3:19-cv-06180
    Hon. Benjamin H. Settle
    *Allen v. NRPC*

**D.   Discovery Management.**

The parties request a discovery deadline 120 days prior to the trial date. The Parties do not anticipate any unusual discovery management outside the standard pretrial deadlines. The Parties will work cooperatively to promote expedient discovery. The Parties agree that discovery should proceed pursuant to the Federal and Local Rules, according to the schedule outlined herein. The parties request that this case and the Related Cases be assigned to a single judge for purposes of pretrial discovery management. All claims involving the derailment at issue in this litigation are already assigned to the Honorable Benjamin Settle and therefore any overlapping discovery issues are expected to be addressed uniformly.

**E.   Anticipated Discovery Sought.**

Interrogatories, Requests for Production, Requests for Admission, and depositions related to medical causation and damages.

Defendant does not believe that discovery into liability issues is necessary or permitted given its admission of liability for compensatory damages proximately caused by the subject incident. Defendant anticipates seeking targeted discovery on Plaintiff's claims for general and special damages, including on medical treatment and expenses and wage loss.

**F.   Phasing of Motions.**

The parties do not anticipate phasing motions to facilitate early resolution of potentially

JOINT STATUS REPORT
AND DISCOVERY PLAN

8 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

dispositive issues.

### G. Preservation of Discoverable Information.

At the present time, the parties do not have preliminary issues relating to the preservation of discovery information.

### H. Privilege Issues.

The parties agree to comply with the procedures for handling inadvertent production of privileged information contained in Fed. R. Civ. P. 26(b)(5)(B). The parties have no other privilege waiver issues at this time.

### I. Model Protocol for Discovery of ESI.

The parties do not anticipate that a protocol for discovery of ESI will be necessary.

### J. Alternatives to Model ESI Protocol.

The parties do not anticipate that alternatives to the model protocol for discovery of ESI will be necessary.

### 6. Completion of Discovery.

Plaintiff believes discovery can be completed by December 2020.

Defendant believes discovery can be completed by September 2021.

### 7. No Bifurcation.

The parties do not believe bifurcation is necessary.

### 8. Individual Trial Program and ADR.

The parties will engage in pretrial mediation pursuant to Local Civil Rule 39.1(c), and will work together to determine what discovery needs to occur prior to ADR. The parties decline to participate in the Individualized Trial Program.

JOINT STATUS REPORT
AND DISCOVERY PLAN

9 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 Lakewood Dr. W, Ste D2, Tacoma, WA 98467
(253) 474-5555 | (253) 474-5585 (fax)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 Fifth Ave., Ste 625, Seattle, WA 98101
(206) 770-7606 | (206) 770-7607 (fax)

**9. Other Suggestions for Shortening or Simplifying Case.**

Counsel will work toward shortening and simplifying the case but have no specific suggestions at this time.

**10. Trial Date.**

Plaintiff believes that the case will be ready for trial by March 2021.

Defendant believes that the matter cannot be ready for trial until January 2022 given that other matters arising out of same derailment have already been set for trial into December 2021.

**11. Jury Trial.**

The case will be tried by a jury.

**12. Number of Trial Days.**

The parties anticipate that trial will take approximately 5 court days.

**13. Trial Counsel**

Plaintiff's Trial Counsel:

Jongwon Yi
Law Offices of Jongwon Yi, LLC
6919 Lakewood Dr. W, Suite D2
Tacoma, WA 98467-3220

Joseph A. Grube
Karen Orehoski
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101

JOINT STATUS REPORT
AND DISCOVERY PLAN

10 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)

Defendant's Trial Counsel:

Andrew G. Yates
Tim Wackerbarth
Warren E. Babb, Jr.
Lane Powell
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111
Attorneys for: Amtrak

Mark S. Landman
John A. Bonventre
Landman, Corsi, Ballaine & Ford
120 Broadway, 13th Floor
New York, NY  10271
Attorneys for: Amtrak

**14.  Trial Date Conflicts.**

Plaintiff's counsel currently have a ten-day trial set for Clark County Superior Court (cause no. 18-2-05414-5) for March 8, 2021.

Defendant's counsel has trial settings as follows: 03.23.2020, 04.07.2020, 04.20.2020, 04.28.2020, 05.12.2020, 05.26.2020, 06.09.2020, 06.23.2020, 08.25.2020, 09.15.2020, 09.29.2020, 10.20.2020, 11.10.2020, 12.01.2020, 01.12.2021, 02.02.2021, 02.16.2021, 03.09.2021, 03.23.2021, 04.13.2021, 04.27.2021, 05.04.2021, 05.11.2021, 05.18.2021, 06.01.2021; 06.15.21; 08.31.2021, 09.14.2021, 09.28.21, 10.12.21, 10.26.21, 11.09.21, 12.07.21.

**14. Corporate Disclosure Statement.**

Defendant has filed its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1.

**15. Service.**

Defendant has been served.

The parties stipulate that all service of documents not filed with the Court, including but not limited to, discovery requests, discovery responses, deposition notices, disclosures, and

JOINT STATUS REPORT
AND DISCOVERY PLAN

11 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 Lakewood Dr. W, Ste D2, Tacoma, WA 98467
(253) 474-5555 | (253) 474-5585 (fax)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 Fifth Ave., Ste 625, Seattle, WA 98101
(206) 770-7606 | (206) 770-7607 (fax)

correspondence, may be made by electronic service via electronic service (email). Electronic service made by 5:00 p.m. Pacific time on any business day shall be considered equivalent to personal service on that business day. Electronic service after 5:00 p.m. or on a Saturday, Sunday, or federal holiday shall be deemed service the next business day. Service by any other means shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court, Western District of Washington.

**16.  Request for Trial Setting Conference**

Plaintiff requests that the Court set an in-person Rule 26 Case Conference or Trial Setting Conference.

Defendant does not believe an in-person conference is necessary.

DATED this 10th day of March 2020.

| | |
|---|---|
| **LAW OFFICES OF JONGWON YI, LLC**<br>By: */s/ Jongwon Yi*<br>Jongwon Yi, WSBA #31470<br>Attorney for Plaintiff<br>jy@jyilaw.com | **BRENEMAN GRUBE OREHOSKI, PLLC**<br>By: */s/ Joseph A. Grube*<br>Joseph A. Grube WSBA #26476<br>By: */s/ Karen Orehoski*<br>Karen Orehoski, WSBA #35855<br>joe@bgotrial.com<br>karen@bgotrial.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

**LANE POWELL PC**
By: *s/ Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
*Attorneys for Defendant National Railroad Passenger Corporation*

JOINT STATUS REPORT
AND DISCOVERY PLAN

12 OF 12

**LAW OFFICES OF JONGWON YI, LLC**
6919 LAKEWOOD DR. W, STE D2, TACOMA, WA 98467
(253) 474-5555 | (253) 474-5585 (FAX)

**BRENEMAN GRUBE OREHOSKI, PLLC**
1200 FIFTH AVE., STE 625, SEATTLE, WA 98101
(206) 770-7606 | (206) 770-7607 (FAX)