HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON PAUL KHAMNOY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d.b.a AMTRAK; and DOES ONE THROUGH FIFTY,<br><br>　　　　　　　　Defendants. | Case No.  3:19-cv-06223-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED this 6th day of October, 2022.

Respectfully submitted by:

GRUBE OREHOSKI, PLLC

By: *s/ Joseph A. Grube*
Joseph A. Grube, WSBA No. 26476
Karen Orehoski, WSBA No. 358551
1200 Fifth Avenue, Suite 625
Seattle, WA  98101
Telephone: 206-770-7606
Email:  joe@bgotrial.com
Email:  Karen@bgotrial.com

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No.13673
Andrew G. Yates, WSBA No. 34239
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: 206-223-7000
Email: wackerbartht@lanepowell.com
Email: yatesa@lanepowell.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
CASE NO. 3:19-cv-06223-BHS

019188.0460/9143593.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| LAW OFFICE OF JONGWON YI, LLC<br><br>By: *s/ Jongwon Yi*<br>Jongwon Yi, WSBA No. 31470<br>6916 Lakewood Dr. W, Suite D2<br>Tacoma, WA  98467-3220<br>Telephone: 253-474-5555<br>Facsimile: 253-474-5585<br>Email: jy@jyilaw.com<br><br>*Attorneys for Plaintiff* | LANDMAN CORSI BALLAINE & FORD, PC<br><br>By: *s/ Mark S. Landman*<br>Mark S. Landman, *Pro Hac Vice*<br>John A. Bonventre, *Pro Hac Vice*<br>One Gateway Center, 4th Floor<br>Newark, NJ  07102<br>Telephone: 973-623-2700<br>Email: mlandman@lcbf.com<br>Email: jbonventre@lcbf.com<br><br>*Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
CASE NO. 3:19-cv-06223-BHS

019188.0460/9143593.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 6th day of October, 2022

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

LANE POWELL PC

By *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

LANDMAN CORSI BALLAINE & FORD, PC

By *s/ Mark S. Landman*
Mark S. Landman, *Pro Hac Vice*
mlandman@lcbf.com
John A. Bonventre, *Pro Hac Vice*
jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
CASE NO. 3:19-cv-06223-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0460/9143593.1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | GRUBE OREHOSKI, PLLC |
| 4 | By: *s/ Joseph A. Grube* |
| 5 | Joseph A. Grube, WSBA No. 26476<br>joe@bgotrial.com |
| 6 | Karen Orehoski, WSBA No. 35855<br>Karen@bgotrial.com |
| 7 | |
| 8 | LAW OFFICE OF JONGWON YI, LLC |
| 9 | By: *s/ Jongwon Yi* |
| 10 | Jongwon Yi, WSBA No. 31470<br>jy@jyilaw.com |
| 11 | |
| 12 | *Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 4
CASE NO. 3:19-cv-06223-BHS

019188.0460/9143593.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107